IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> SS BODY ARMOR I, INC., et al., <br><br> Debtors. <br> _____ <br> D. DAVID COHEN, <br><br> Appellant, <br><br> v. <br><br> S.S. BODY ARMOR, I, INC., et al., <br><br> Appellees. | ) Chapter 11 <br> ) Bk. No. 10-11255 (CSS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 15-633-SLR <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

At Wilmington this 16th day of December, 2015, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule per request of the parties:

    1. Appellant's brief in support of the appeal is due on or before **February 29, 2016.**

    2. Appellees' brief in opposition to the appeal is due on or before **May 2, 2016.**

    3. Appellant's reply brief is due on or before **June 1, 2016.**

**NOTE: Please refer to D. Del. LR 7.1.3(4) for page limitations.**

 

_____
United States District Judge